# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARLOS VAZQUEZ, RODRIGO LOPEZ GONZALEZ, JOSE MARTINEZ, MARTIN MEJIA, MARIO ESQUIVEL, JUAN LUIS GARCIA and MANUEL MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> STALLMAN TRUCKING, INC., DUPAGE PAPER STOCK, INC. and MARIO JURCIK, individually, <br><br> Defendants | Case No. 17-cv-775 <br><br> Hon. Judge Rebecca R. Pallmeyer |

## AGREED STIPULATION OF DISMISSAL

Plaintiffs Carlos Vazquez, Rodrigo Lopez Gonzalez, Jose Martinez, Martin Mejia, Mario Esquivel, Juan Luis Garcia and Manuel Martinez and Defendants Stallman Trucking, Inc. DuPage Paper Stock, Inc. and Mario Jurcik, by and through their undersigned counsel, pursuant to Rule 41(2), Federal Rules of Civil Procedure, hereby stipulate and agree:

1. As to these plaintiffs and defendants, this action should be dismissed without prejudice and without costs, provided that the dismissal shall be deemed with prejudice and without costs as set forth below.

2. Any of the parties may reinstate the action, for the sole purpose of enforcing the terms of the parties' settlement agreement, no later than July 31, 2020.

3. If no motion has been filed by July 31, 2020, in accordance with the preceding paragraph, this action as to these parties shall be dismissed with prejudice and without costs as to these parties.

Dated: July 31, 2018

4851-8515-0567.1.08462.63129

- 2 -

| | |
|---|---|
| CARLOS VAZQUEZ, RODRIGO LOPEZ GONZALEZ, JOSE MARTINEZ, MARTIN MEJIA, MARIO ESQUIVEL, JUAN LUIS GARCIA and MANUEL MARTINEZ | STALLMAN TRUCKING, INC., DUPAGE PAPER STOCK, INC. and MARIO JURCIK |
| By: /s/ David Fish | By: /s/ Jeralyn H. Baran |
| The Fish Law Firm P.C.<br>David Fish, ARDC No. 626974<br>Kimberly Hilton, ARDC No. 6303527<br>John Kunze, ARDC No. 6322643<br>200 E. 5th Avenue, Suite 123<br>Naperville, IL 60563<br>(630) 355-7590<br>dfish@fishlawfirm.com<br>khilton@fishlawfirm.com<br>kunze@fishlawfirm.com | Jeralyn H. Baran<br>ARDC No. 6204145<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>(312) 444-9300<br>jbaran@chuhak.com |