## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Carlos Vazquez, et al.

                          Plaintiff,

v.                                        Case No.: 1:17−cv−00775
                                        Honorable Rebecca R. Pallmeyer

Stallman Trucking, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 1, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to agreed stipulation, the case is dismissed without prejudice, with leave to reinstate on or before July 31, 2020. Motion for partial summary judgment [43] is stricken without prejudice. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.